**Order entered September 29, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00896-CV**

**IN THE MATTER OF J.L.R., A MINOR**

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-35928-W**

**ORDER**

Before the Court is the September 27, 2022 request of the Dallas County District Clerk's Office for an extension of time to file the clerk's record. We **GRANT** the request and extend the time to **October 19, 2022**.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE